Argued and submitted June 28, reversed and remanded with instructions
November 8, 1995, petition for review denied January 23, 1996 (322 Or 490)

## STATE OF OREGON,
*Appellant,*

*v.*

## AUDREY DENISE WILLIS,
*Respondent.*

(C8805-33360; CA A82912)

904 P2d 657

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Sally L. Avera, Public Defender, argued the cause for respondent. With her on the brief was James N. Warner, Deputy Public Defender.

Before Riggs, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded with instructions to reinstate indictment. *State v. Conger,* 319 Or 484, 878 P2d 1089 (1994).